| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

## United States Bankruptcy Court
## Central District of California - Riverside Division

| In re:<br>Basel Rezek | CASE NO.: 6:23-bk-12461-WJ<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( _Check only ONE box below_ ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 06/21/2023    Basel Rezek    _/s/ signature_
                    Printed name of Debtor 1    Signature of Debtor 1

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** ( _Check only ONE box below_ ):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
              Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015    F 1002-1.EMP.INCOME.DEC

High Country Liquor GP                                                                                                              50042

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |
| | | | | | Pay Period: 05/29/2023 - 06/04/2023     Pay Date: 06/05/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 11,550.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -788.00 |
| Social Security Employee | -23.25 | -716.10 |
| Medicare Employee | -5.44 | -167.48 |
| CA - Withholding | -0.53 | -82.39 |
| CA - Disability | -3.37 | -103.95 |
| | -51.59 | -1,857.92 |

| Net Pay | | 323.41 | 9,692.08 |
|---|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 25:40 |
| YTD | 4:10 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

High Country Liquor GP                                                                                                              50042

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |
| | | | | | Pay Period: 05/29/2023 - 06/04/2023     Pay Date: 06/05/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 11,550.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -788.00 |
| Social Security Employee | -23.25 | -716.10 |
| Medicare Employee | -5.44 | -167.48 |
| CA - Withholding | -0.53 | -82.39 |
| CA - Disability | -3.37 | -103.95 |
| | -51.59 | -1,857.92 |

| Net Pay | | 323.41 | 9,692.08 |
|---|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 25:40 |
| YTD | 4:10 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

High Country Liquor GP                                                                                                       50041

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |
| | | | | | Pay Period: 05/22/2023 - 05/28/2023    Pay Date: 05/29/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 11,175.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -769.00 |
| Social Security Employee | -23.25 | -692.85 |
| Medicare Employee | -5.44 | -162.04 |
| CA - Withholding | -0.53 | -81.86 |
| CA - Disability | -3.38 | -100.58 |
| | -51.60 | -1,806.33 |

| Net Pay | 323.40 | 9,368.67 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 24:50 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

High Country Liquor GP                                                                                                       50041

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |
| | | | | | Pay Period: 05/22/2023 - 05/28/2023    Pay Date: 05/29/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 11,175.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -769.00 |
| Social Security Employee | -23.25 | -692.85 |
| Medicare Employee | -5.44 | -162.04 |
| CA - Withholding | -0.53 | -81.86 |
| CA - Disability | -3.38 | -100.58 |
| | -51.60 | -1,806.33 |

| Net Pay | 323.40 | 9,368.67 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 24:50 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

**High Country Liquor GP**                                                                                      50041

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 | |
| | | | | | Pay Period: 05/22/2023 - 05/28/2023 | Pay Date: 05/29/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 11,175.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -769.00 |
| Social Security Employee | -23.25 | -692.85 |
| Medicare Employee | -5.44 | -162.04 |
| CA - Withholding | -0.53 | -81.86 |
| CA - Disability | -3.38 | -100.58 |
| | -51.60 | -1,806.33 |

| Net Pay | 323.40 | 9,368.67 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 24:50 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

**High Country Liquor GP**                                                                                      50041

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 | |
| | | | | | Pay Period: 05/22/2023 - 05/28/2023 | Pay Date: 05/29/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 11,175.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -769.00 |
| Social Security Employee | -23.25 | -692.85 |
| Medicare Employee | -5.44 | -162.04 |
| CA - Withholding | -0.53 | -81.86 |
| CA - Disability | -3.38 | -100.58 |
| | -51.60 | -1,806.33 |

| Net Pay | 323.40 | 9,368.67 |

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 24:50 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

High Country Liquor GP                                                                                              50040

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |
| | | | | | Pay Period: 05/15/2023 - 05/21/2023    Pay Date: 05/22/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 10,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -750.00 |
| Social Security Employee | -23.25 | -669.60 |
| Medicare Employee | -5.44 | -156.60 |
| CA - Withholding | -0.53 | -81.33 |
| CA - Disability | -3.37 | -97.20 |
| | -51.59 | -1,754.73 |

| Net Pay | 323.41 | 9,045.27 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 24:00 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

High Country Liquor GP                                                                                              50040

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |
| | | | | | Pay Period: 05/15/2023 - 05/21/2023    Pay Date: 05/22/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 10,800.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -750.00 |
| Social Security Employee | -23.25 | -669.60 |
| Medicare Employee | -5.44 | -156.60 |
| CA - Withholding | -0.53 | -81.33 |
| CA - Disability | -3.37 | -97.20 |
| | -51.59 | -1,754.73 |

| Net Pay | 323.41 | 9,045.27 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 24:00 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

# High Country Liquor GP

50038

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |

Pay Period: 05/01/2023 - 05/07/2023    Pay Date: 05/08/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 10,050.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -712.00 |
| Social Security Employee | -23.25 | -623.10 |
| Medicare Employee | -5.44 | -145.73 |
| CA - Withholding | -0.53 | -80.27 |
| CA - Disability | -3.37 | -90.45 |
| | -51.59 | -1,651.55 |

| Net Pay | 323.41 | 8,398.45 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 22:20 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

# High Country Liquor GP

50038

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 |

Pay Period: 05/01/2023 - 05/07/2023    Pay Date: 05/08/2023

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 10,050.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -712.00 |
| Social Security Employee | -23.25 | -623.10 |
| Medicare Employee | -5.44 | -145.73 |
| CA - Withholding | -0.53 | -80.27 |
| CA - Disability | -3.37 | -90.45 |
| | -51.59 | -1,651.55 |

| Net Pay | 323.41 | 8,398.45 |
|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 22:20 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

# High Country Liquor GP

50036

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 | | |
| | | | | | Pay Period: 04/17/2023 - 04/23/2023 | | Pay Date: 04/24/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 9,300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -674.00 |
| Social Security Employee | -23.25 | -576.60 |
| Medicare Employee | -5.44 | -134.85 |
| CA - Withholding | -0.53 | -79.21 |
| CA - Disability | -3.37 | -83.70 |
| | -51.59 | -1,548.36 |

| Net Pay | | 323.41 | 7,751.64 |
|---|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 20:40 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399

# High Country Liquor GP

50036

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399 | | | | | ***-**-0997 | | |
| | | | | | Pay Period: 04/17/2023 - 04/23/2023 | | Pay Date: 04/24/2023 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 25:00 | 15.00 | 375.00 | 9,300.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -19.00 | -674.00 |
| Social Security Employee | -23.25 | -576.60 |
| Medicare Employee | -5.44 | -134.85 |
| CA - Withholding | -0.53 | -79.21 |
| CA - Disability | -3.37 | -83.70 |
| | -51.59 | -1,548.36 |

| Net Pay | | 323.41 | 7,751.64 |
|---|---|---|---|

| Sick Time | Accrued | Used | Available |
|---|---|---|---|
| Current | 0:50 | 0:00 | 20:40 |
| YTD | 0:50 | | |

High Country Liquor, 35039 Ave D, Yucaipa, CA 92399