Charles Daff, (Bar No. 76178)
2107 N. Broadway, Suite 308
Santa Ana, CA 92706
Tel: (657) 218-4800
Fax: (657) 218-4858
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

| In re: | Case No. 6:23-bk-12461-WJ |
|---|---|
| BASEL REZEK | Chapter 7 |
| | NOTIFICATION OF TELEPHONIC MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 U.S.C. 341(a)] |
| Debtor(s). | |

COUNSEL: BENJAMIN HESTON
TO THE ABOVE NAMED DEBTOR(S):

PLEASE TAKE NOTICE that the telephonic Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) is rescheduled to **09/05/2023** at **10:00 AM**.

**Dial the call-in number:**    1-866-914-5737
**Enter the Passcode:**    2802110#

☐ You failed to appear at the 341(a) meeting previously scheduled in your case. You are notified that in the event you do not appear at said time for the telephonic meeting, your case will be dismissed for failure to appear by the Clerk of the Court.

☒ Additional documents have been requested and/or documents received are in the process of review. The Trustee may require further information and if so, you will be contacted. Failure to provide requested documentation may result in a motion to dismiss your case filed by Trustee.

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on **August 8, 2023**

DATED: August 8, 2023                /s/ Charles Daff
                                                    Charles Daff
                                                    Chapter 7 Trustee