FormCACB 102 (AO:ch7closedwodischarge)
(10/05)

# United States Bankruptcy Court
## Central District of California

**3420 Twelfth Street, Riverside, CA 92501−3819**

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Basel Rezek
**SSN:** xxx−xx−0997
**EIN:** N/A

35033 Gail Ave
Yucaipa, CA 92399−2829

**BANKRUPTCY NO.** 6:23−bk−12461−WJ
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: September 21, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2015                                                                                    **21 / AUTU**