United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 23-12461-WJ |
| Basel Rezek | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: van102 | Total Noticed: 11 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Basel Rezek, 35033 Gail Ave, Yucaipa, CA 92399-2829 |
| 41563472 | BELAL RAHMAN, Po Box 2142, Vista, CA 92085-2142 |
| 41563475 | LAW GROUP OF RAHMAN & ASSOCIATES, PC, 328 N State St, Hemet, CA 92543-2936 |
| 41563477 | RA & B DEVELOPMENTS LLC, 1719 LISA AVE, VISTA, CA 92084-3057 |
| 41563478 | So Cal Fitness, LLC, 34428 Yucaipa Blvd, Yucaipa, CA 92399-2474 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Sep 22 2023 00:12:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Sep 22 2023 00:13:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41563473 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 22 2023 00:31:26 | Citibank, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 41563474 | Email/Text: bankruptcy@greenskycredit.com | Sep 22 2023 00:12:00 | GreenSky Financial, 1797 NE Expressway NE, Ste 100, Atlanta, GA 30329-2451 |
| 41563476 | Email/PDF: ebnotices@pnmac.com | Sep 22 2023 00:19:28 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 41563479 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 22 2023 00:42:00 | Synchrony, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023                    Signature:      /s/Gustava Winters

Case 6:23-bk-12461-WJ   Doc 22   Filed 09/23/23   Entered 09/23/23 21:16:02   Desc
Imaged Certificate of Notice   Page 2 of 3

| | | |
|---|---|---|
| District/off: 0973-6 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 21, 2023 | Form ID: van102 | Total Noticed: 11 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Basel Rezek bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Charles W Daff (TR) | charleswdaff@gmail.com  c122@ecfcbis.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

TOTAL: 3

FormCACB 102 (AO:ch7closedwodischarge) (10/05)

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

# NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

**DEBTOR(S) INFORMATION:**
Basel Rezek
**SSN:** xxx−xx−0997
**EIN:** N/A

35033 Gail Ave
Yucaipa, CA 92399−2829

**BANKRUPTCY NO.** 6:23−bk−12461−WJ
**CHAPTER** 7

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as the Debtor did not file Official Form 423, Certification About a Financial Management Course.

Dated: September 21, 2023

BY THE COURT,

**Kathleen J. Campbell**
Clerk of Court

(Form VAN−102 clsnodsc) rev. 12/2015

**21 / AUTU**