| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>Benjamin Heston (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949-312-1377<br>Fax: 949-288-2054<br>ben@nexusbk.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| In re:<br><br>BASEL REZEK,<br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:23-BK-12461-WJ<br>CHAPTER: 7<br><br>**MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE**<br><br>[LBR 5010-1; 9013-1(q)(11)] |
|---|---|

1. **Bankruptcy Case Information:**

   a. A petition under chapter ☒ 7  ☐ 13  was filed on *(date)* 06/08/2023   .

   b. The court closed this case without entering a discharge because the Debtor failed to timely file one or both of the following form(s) required for a discharge to be entered (Required Form(s)):

      Chapter 7 or 13 Cases: [11 U.S.C. § 727(a)(11); LBR 3015-1(t)]
      ☒ Official Form 423, Certification About a Financial Management Course

      Chapter 13 Cases: [11 U.S.C. § 1328(g)(1), LBR 3015-1(t)]
      ☐ Debtor's Certification of Compliance Under 11 U.S.C. § 1328(a) and Application for Entry of Discharge

2. **Motion**

   a. The Debtor(s) request that the court enter an order: (a) reopening the case pursuant to 11 U.S.C. § 350(b) and FRBP 5010; and (b) extending the time to file the Required Form(s) for a period of 30 days from the date of entry of an order granting this motion.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                      Page 1                                    **F 5010-1.1.MOTION.REOPEN.CERT**

b.  The Debtor(s) failed to file the Required Form(s) by the original deadline, and therefore need to have the case reopened so that the Required Form(s) can be filed and a discharge can be entered because (*explain circumstances that prevented the Debtor from filing Required Form(s) in a timely manner*):

The Debtor completed the second course on the same day the Trustee entered his Report of No Distribution. Before Debtor had the chance to file the certificate, the Court closed the case without a discharge.

3. **Declaration**

I declare under penalty of perjury that the foregoing is true and correct.

Date: 01/16/2024

Signature of Debtor 1

Basel Rezek
Printed name of Debtor 1

Date: _____

Signature of Debtor 2 (Joint Debtor)(if applicable)

Printed name of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 2                                    **F 5010-1.1.MOTION.REOPEN.CERT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3090 Bristol Street #400
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled: **MOTION IN A CHAPTER 7 OR 13 CASE (1) TO REOPEN CASE AND (2) FOR EXTENSION OF TIME TO FILE FORMS REQUIRED FOR DISCHARGE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/16/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Charles W Daff (TR)    charleswdaff@gmail.com, c122@ecfcbis.com
   United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
   On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/16/2024 | Benjamin Heston | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 5010-1.1.MOTION.REOPEN.CERT**